Dennis J. PAULI, Appellant,

v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW, Appellee.

Supreme Court of Pennsylvania.

Argued March 5, 1997.
Decided Oct. 21, 1997.

Janet DelCampo, for Dennis J. Pauli.

James K. Bradley and Clifford Blaze, Mar-
ibeth Wilt-Seibert, Harrisburg, for Unem-
ployment Compensation Bd. of Review.

Before FLAHERTY, C.J., and ZAPPALA,
CAPPY, CASTILLE, NIGRO and
NEWMAN, JJ.

## ORDER

PER CURIAM:

AND NOW, this 21st day of October 1997, we dismiss the appeal as having been improvidently granted.